### RABENAU, APPELLANT, v. JAMES.

Appeal, No. 437, Jan. T., 1892, from order of C. P. No. 1, Phila. Co., Sept. T., 1891, No. 688, making absolute rule to strike off judgment against defendant, Emma James. Argued with preceding case.

The facts are similar to those of the preceding case.

*J. M. Pile*, for appellant.

*Thomas Diehl*, for appellee.

PER CURIAM, January 16, 1893:

This case is upon all fours with Bank v. James, decided herewith, and is ruled by that case.

Judgment affirmed.